UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NICOLE MOSS<br>　　　　Plaintiff (s)<br>　　v.<br>MOLTE COSE<br>　　　　Defendant(s). | C 07-04813 EDL<br><br>SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III (42 U.S.C. §§ 12181- 89) |
|---|---|

　　　　IT IS HEREBY ORDERED that this action is assigned to the Honorable **Elizabeth D. Laporte**.  When serving the complaint or notice of removal, the plaintiff or removing defendant  must serve on all other parties a copy of this Order and the assigned judge's pertinent Standing Orders.  This case is otherwise exempt from Civil Local Rule  4-2.  Counsel  must comply with the case schedule listed below unless the Court otherwise orders.

### CASE SCHEDULE

| Date | Event | Rule(s) |
|---|---|---|
| **9/19/2007** | Notice of removal filed | |
| **11/19/2007** | Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline | **General Order 56; Civil Local Rule 7-11** |
| **7 days before Joint Site Inspection** | Last day for parties to complete initial disclosures, including defendant's disclosure re: **construction or alteration history of subject premises** | **FRCivP 26(a);**<br>**General Order 56 ¶2;** |
| **12/28/2007** | Last day for parties and counsel to hold joint inspection of premises, with or without **meet-and-confer regarding settlement** | **General Order 56 ¶3,4;** |
| **10 business days after Joint Site Inspection** | Last day for parties to meet and confer in person to discuss settlement | **General Order 56  ¶4;** |
| **45 days after Joint Site Inspection** | Last day for plaintiff to file "Notice of Need for Mediation" | **General Order 56  ¶6;** |
| **7 calendar days after mediation** | Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference | **General Order 56  ¶7; Civil Local Rule 7-11** |