| | |
|---|---|
| 1 | TYLER M. PAETKAU, Bar No. 146305 |
| | LITTLER MENDELSON |
| 2 | A Professional Corporation |
| | 650 California Street |
| 3 | 20th Floor |
| | San Francisco, CA 94108.2693 |
| 4 | Telephone:  415.433.1940 |
| | Facsimile:   415.399.8490 |
| 5 | |
| | Attorneys for Defendants |
| 6 | RAYMOND G. CHOY, LORRAINE J. CHOY and |
| | TERESA MARIE NITTOLO doing business as |
| 7 | MOLTE COSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, | Case No. C-07-4813 <br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| Plaintiffs, | Removed to Federal Court on:  Sept. 19, 2007 <br> Judge:  Hon. Elizabeth D. Laporte <br> Complaint Filed:  June 27, 2007 |
| v. | |
| MOLTE COSE, RAYMOND G. CHOY and LORRAINE J. CHOY, TERESA MARIE NITTOLO, an individual dba MOLTE COSE, and DOES 1-20, inclusive, | |
| Defendants. | |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE TO FEDERAL COURT OF
REMOVAL OF CIVIL ACTION                    1.                    CASE NO. C 07 4813

Received   Sep-20-07   04:35pm   From-4156749900   To-LITTLER MENDELSON   Page 002

1  Plaintiffs NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS (hereinafter "Plaintiffs") and Defendants, RAYMOND G. CHOY and LORRAINE J. CHOY (hereinafter "Defendants") by and through their respective counsel, stipulate that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint is extended to September 28, 2007.

IT IS SO STIPULATED.

Dated: September 20, 2007.

*/s/ Jennifer Steneberg*
JENNIFER STENEBERG
THOMAS E. FRANKOVICH
A Professional Corporation
Attorneys for Plaintiffs
NICOLE MOSS and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS

Dated: September 20, 2007.

*/s/ Tyler M. Paetkau*
TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
RAYMOND G. CHOY, LORRAINE J. CHOY and TERESA MARIE NITTOLO doing business as MOLTE COSE

C:\Documents and Settings\abarbeau\Desktop\Moss v. Molte Cose\Stipulation.Responsev.2.doc

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION     2.    CASE NO. C-07-4813