1  TYLER M. PAETKAU, Bar No. 146305
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street
3  20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
   Facsimile:    415.399.8490
5
   Attorneys for Defendant
6  TERESA MARIE NITTOLO doing business as
   MOLTE COSE, RAYMOND G. CHOY and
7  LORRAINE J. CHOY

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 | NICOLE MOSS, an individual; and          | Case No.  C-07-4813 EDL
   | DISABILITY RIGHTS ENFORCEMENT,           |
   | EDUCATION, SERVICES: HELPING             | **DEFENDANTS TERESA MARIE
13 | YOU HELP OTHERS, a California public     | NITTOLO, RAYMOND G. CHOY AND
   | benefit corporation,                     | LORRAINE J. CHOY'S CERTIFICATION
14 |                                          | OF INTERESTED ENTITIES OR
   |                                          | PERSONS**
15 |          Plaintiffs,                     |
   |                                          | [PURSUANT TO NORTHERN DISTRICT OF
16 |    v.                                    | CALIFORNIA CIVIL LOCAL RULE 3-16]
   |                                          |
17 | MOLTE COSE, RAYMOND G. CHOY              | Judge:  Hon. Elizabeth D. Laporte
   | and LORRAINE J. CHOY, TERESA             |
18 | MARIE NITTOLO, an individual dba         |
   | MOLTE COSE, and DOES 1-20, inclusive,    |
19 |                                          |
   |          Defendants.                     |
20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED                    1.                        Case No. C-07-04813 EDL
ENTITIES OR PERSONS

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 3, 2007

_____
TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
TERESA MARIE NITTOLO doing business as MOLTE COSE, RAYMOND G. CHOY and LORRAINE J. CHOY

Firmwide:83187427.1 620000.2393

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    2.    Case No. C-07-04813 EDL