TYLER M. PAETKAU, Bar No. 146305
AISHA BARBEAU, Bar No. 245339
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: tpaetkau@littler.com

Attorneys for Defendants
RAYMOND G. CHOY, LORRAINE J. CHOY and
TERESA MARIE NITTOLO dba MOLTE COSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RAYMOND G. CHOY, LORRAINE J. CHOY, and TERESA MARIE NITTOLO dba MOLTE COSE,<br><br>Defendants. | Case No. C 07-04813 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**<br><br>Dept: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte<br>Trial Date: Not Yet Set |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

The undersigned party in the above-captioned matter hereby declines to consent to the assignment of the case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment to a United States District Court Judge.

Dated: October 12, 2007

                                          /s/ Tyler M. Paetkau
                                        TYLER M. PAETKAU
                                        LITTLER MENDELSON
                                        A Professional Corporation
                                        Attorneys for Defendants
                                        RAYMOND G. CHOY, LORRAINE J.
                                        CHOY, and TERESA MARIE NITTOLO dba
                                        MOLTE COSE

Firmwide:83208108.1 620000.2393

---

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
Case No. C 07-04813 EDL