1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs NICOLE MOSS
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br>    Plaintiffs, <br><br> v. <br><br> MOLTE COSE; RAYMOND G. CHOY and LORRAINE J. CHOY; TERESA MARIE NITTOLO, an individual dba MOLTE COSE, <br><br>    Defendants. | **CASE NO. CV 07-4813 JSW** <br><br> **NOTICE OF NEED FOR MEDIATION (ADA ACCESS CASES)** |

Plaintiff reports that the joint inspection occurred on December 12, 2007. Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

.

Dated: February 08, 2008      THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*


                              By: _____/s/_____
                                  THOMAS E. FRANKOVICH
                              Attorneys for Plaintiffs NICOLE MOSS and
                              DISABILITY RIGHTS, ENFORCEMENT,
                              EDUCATION SERVICES: HELPING YOU HELP
                              OTHERS