**FILED**

JUL 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Moss,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Disability Rights Enforcement,<br><br>Education, Services,<br><br>　　　　Defendant(s). | No. C 07-04813 JSW MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __July 10, 2008__

2. Did the case settle?　☒ fully　　☐ partially　　☐ no

3. If the case did not settle fully, is any follow-up contemplated?

　　☐ another session scheduled for (date) _____

　　☐ phone discussions expected by (date) _____

　　☐ no

4. IS THIS ADR PROCESS COMPLETED?　☒ YES　☐ NO

Dated: __July 10, 2008__　　_____
　　　　　　　　　　　　　　　Mediator, Daniel Bowling
　　　　　　　　　　　　　　　US District Court - ADR Unit
　　　　　　　　　　　　　　　450 Golden Gate Ave., 16th Fl.
　　　　　　　　　　　　　　　San Francisco, CA 94102

**Certification of ADR Session**
07-04813 JSW MED