| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
|   | THOMAS E. FRANKOVICH |
| 2 | *A Professional Law Corporation* |
|   | 2806 Van Ness Avenue |
| 3 | San Francisco, CA 94109 |
|   | Telephone:   415/674-8600 |
| 4 | Facsimile:   415/674-9900 |
| 5 | Attorneys for Plaintiffs |
|   | NICOLE MOSS and DISABILITY RIGHTS |
| 6 | ENFORCEMENT, EDUCATION, SERVICES |

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE MOSS, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MOLTE COSE, RAYMOND G. CHOY and LORRAINE J. CHOY, TERESA MARIE NITTOLO, an individual dba MOLTE COSE, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 07-4813 JSW<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**<br><br>[Fed. R. Civ. P. 41(a)(1)] |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED DISMISSAL WITH PREJUDICE

CASE NO. CV 07-4813 JSW

1  IT IS HEREBY STIPULATED by and between Plaintiffs NICOLE MOSS and
2  DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU
3  HELP OTHERS on the one hand, and Defendants TERESA MARIE NITTOLO, an individual
4  dba MOLTE COSE, RAYMOND G. CHOY and LORRAINE J. CHOY on the other hand,
5  through their respective attorneys of record that, pursuant to Federal Rule of Civil Procedure
6  41(a)(1), this court enter a dismissal with prejudice of all Defendants, including but not limited to,
7  Defendants TERESA MARIE NITTOLO, and individual dba MOLTE COSE, RAYMOND G.
8  CHOY and LORRAINE J. CHOY, from Plaintiffs' Complaint. Additionally, Plaintiffs request
9  that Plaintiffs' complaint be dismissed in its entirety.

**IT IS SO STIPULATED.**

Dated: 10/29/08

BY: _____
THOMAS E. FRANKOVICH,
THOMAS E. FRANKOVICH
A Professional Law Corporation
Attorneys for Plaintiffs
NICOLE MOSS and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU HELP OTHERS

Dated: Sept. 22, 2008

BY: _____
TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
RAYMOND G. CHOY, LORRAINE J. CHOY
and TERESA MARIE NITTOLO doing
business as MOLTE COSE

STIPULATED DISMISSAL WITH PREJUDICE     2.     CASE NO. CV 07-4813 JSW

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO THE STIPULATION OF THE PARTIES, this action is hereby |
| 3 | dismissed with prejudice. The Clerk shall close the file. |

IT IS SO ORDERED.

Dated: OCT 28 2008

_____
JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

Firmwide:86057113.1 058327.1001

STIPULATED DISMISSAL WITH PREJUDICE    3.    CASE NO. CV 07-4813 JSW